**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.fisb.uscourts.gov

In re:

                                                 Case No.  10-49009-BKC-AJC

CABI SMA TOWER I, LLLP,                     Chapter 11

           Debtor.
_____/

## AMENDED CHAPTER 11 CASE MANAGEMENT SUMMARY

      In compliance with Local Rule 2081-1(B), the Debtor-in-Possession, CABI SMA Tower I, LLLP, files this Chapter 11 Case Management Summary and states:

      The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

      1.    Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition):  December 28, 2010

      2.    Names, case numbers and dates of filing of related debtors:

Cabi Downtown, LLC, 09-27168, August 19, 2009

Cabi New River, LLC, 10-49013, December 28, 2010

      3.    Description of debtor's business:  The Debtor is the owner of multiple vacant parcels around South Miami Avenue and S.W. 14th Street in Miami, Florida (collectively, the "Parcels").  The Debtor acquired the Parcels to develop residential, hotel, and retail projects.  The Parcels are currently being managed by Cabi Developers, LLC pursuant to a management agreement.

4. Locations of debtor's operations and whether the business premises are leased or owned: Multiple parcels around South Miami Avenue and S.W. 14th Street in Miami, Florida. The Debtor operates out of an affiliate's office located at 19950 W. Country Club Drive, Suite 900, Aventura, FL 33180

5. Reasons for filing chapter 11: The Debtor has been unable to restructure or refinance its secured mortgage debt which matured on November 1, 2010 due to circumstances beyond the Debtor's control.

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing: The Debtor is a limited liability limited partnership. Thus, it has no officers and directors. The Debtor's general partner is Cabi GP SMA, LLC. The Parcels are currently being managed by Cabi Developers, LLC pursuant to a management agreement.

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:

   2009 - $721,197    (Amounts from settlements)
   2010 - $1,358,947 (Amounts from settlements)

8. Amounts owed to various creditors[1]:

   a. Obligations owed to priority creditors including priority tax obligations: $112,000 (Approximate Contingent, Unliquidated, and Disputed Purchase Deposit Priority Claims)

   b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims:

| Name of Secured Creditor | Amount Owed to Secured Creditor (Approximate) | Whether Claim is Disputed, Contingent or Unliquidated | Description of Collateral | Value of All Collateral Securing Such Creditor's Claim |
|---|---|---|---|---|
| HSBC Realty Credit Corporation | $29,200,000 | Disputed | The Parcels | See paragraph 9 below |

---

[1] Precise information is not available at this time. Accordingly, the amounts below reflect the Debtor's reasonable estimates, and will be supplemented upon further analysis of the Debtor's books and records in connection with the preparation of the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs. The unsecured claim estimates do not include information regarding pending litigation involving the Debtor. Further, the Debtor has disputed, unliquidated or contingent claims that cannot be listed with specificity. With respect to secured claims, the Debtor reserves its right to dispute the secured nature of any claim or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any asset to a creditor.

| Name of Secured Creditor | Amount Owed to Secured Creditor (Approximate) | Whether Claim is Disputed, Contingent or Unliquidated | Description of Collateral | Value of All Collateral Securing Such Creditor's Claim |
|---|---|---|---|---|
| Miami-Dade County and various property tax certificate holders | $1,020,000 | Disputed | The Parcels | See paragraph 9 below |
| Fifty-five Purchase Contract Parties | $4 million | Disputed, Contingent, and Unliquidated | Amounts in Escrow | $4 million |

        c.      Approximate amount of unsecured claims:  $3,000,000

9. General description and approximate value of the debtor's assets:  Unknown

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires:   See attached certificate.

11. Number of employees and amounts of wages owed as of petition date:  None. The Debtor is a party to a management agreement with Cabi Developers, LLC, whose employees provide management services to the Debtor.

12. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):  N/A

13. Anticipated emergency relief to be requested within 14 days from the petition date:

    Application for Interim and Final Order Approving the Retention of Bilzin Sumberg Baena Price & Axelrod LLP as Counsel to the Debtor.

3

Dated: January 3, 2011　　　　　Respectfully submitted,


CABI SMA TOWER I, LLLP,

By: CABI GP SMA, LLC, its General Partner


By:  /s Elias Amkie Levy
　　　　Elias Amkie Levy, Manager


and

Respectfully submitted,

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
*Proposed Counsel for the Debtor*
1450 Brickell Ave., Suite 2300
Miami, FL 33131
Telephone: (305) 374-7580
Facsimile: (305) 375-7593

By: /s/ Mindy A. Mora
　　　　Mindy A. Mora
　　　　Fla. Bar No. 678910
　　　　mmora@bilzin.com
　　　　Jason Z. Jones
　　　　Fla. Bar No. 186554
　　　　jjones@bilzin.com



# CERTIFICATE OF LIABILITY INSURANCE

OP ID: MF
DATE (MM/DD/YYYY): 12/16/10

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER**
Tanenbaum Harber of Florida
2900 SW 149th Avenue
Miramar, FL 33027-6605
Efrain Jove
954-883-2900
954-517-7400

CONTACT NAME:
PHONE (A/C, No, Ext):
FAX (A/C, No):
E-MAIL ADDRESS:
PRODUCER CUSTOMER ID #: CABID-3

**INSURED**
CABI SMA Tower I, LLP
CABI DEVELOPERS, LLC
Leonel Vasquez
19950 W. Country Club Dr. #900
Miami, FL 33180

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: United Specialty Insurance Co. | 12537 |
| INSURER B: | |
| INSURER C: | |
| INSURER D: | |
| INSURER E: | |
| INSURER F: | |

**COVERAGES**   CERTIFICATE NUMBER:   REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY** [X] COMMERCIAL GENERAL LIABILITY  [ ] CLAIMS-MADE [X] OCCUR  [X] HNOA $1,000,000  GEN'L AGGREGATE LIMIT APPLIES PER: [X] POLICY [ ] PROJECT [ ] LOC | | | STL300116000 | 01/20/10 | 01/20/11 | EACH OCCURRENCE DAMAGE TO RENTED PREMISES (Ea occurrence) MED EXP (Any one person) PERSONAL & ADV INJURY GENERAL AGGREGATE PRODUCTS - COMP/OP AGG | $ 1,000,000 $ 100,000 $ Excluded $ 1,000,000 $ 2,000,000 $ Excluded |
| | **AUTOMOBILE LIABILITY** [ ] ANY AUTO [ ] ALL OWNED AUTOS [ ] SCHEDULED AUTOS [ ] HIRED AUTOS [ ] NON-OWNED AUTOS | | | | | | COMBINED SINGLE LIMIT (Ea accident) BODILY INJURY (Per person) BODILY INJURY (Per accident) PROPERTY DAMAGE (Per accident) | $ $ $ $ $ $ |
| | [ ] UMBRELLA LIAB [ ] OCCUR  [ ] EXCESS LIAB [ ] CLAIMS-MADE  DEDUCTIBLE  RETENTION $ | | | | | | EACH OCCURRENCE AGGREGATE | $ $ $ $ |
| | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | WC STATUTORY LIMITS / OTH-ER E.L. EACH ACCIDENT E.L. DISEASE - EA EMPLOYEE E.L. DISEASE - POLICY LIMIT | $ $ $ |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (Attach ACORD 101, Additional Remarks Schedule, if more space is required)
CABI SMA Tower I, LLP is Named Insured in reference to 1430-1438 S. Miami Avenue. - 3 acres of vacant land

**CERTIFICATE HOLDER**   CABISMT

CABI SMA Tower I, LLP
19950 W. Country Club Dr. #900
Aventura, FL 33180

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

AUTHORIZED REPRESENTATIVE
*[signature]*

© 1988-2009 ACORD CORPORATION. All rights reserved.
ACORD 25 (2009/09)   The ACORD name and logo are registered marks of ACORD